UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4752 (CLB)

JANE DOE (ANONYMOUS)

                        Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, and RICHARD LIGHT, individually

                        Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 5/22/08 at 9:00 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: ANTHONY MARRACCINI

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Mosollino, Badge 27, and that deponent knew the person so served to be Sergeant Mosollino and authorized to accept service.

On May 22, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M              Age 35-50           Weight 200
        Color of Skin WH     Height 6'            Color of Hair Bald
        Other Features - glasses

                                                                Robert Fouvy

Sworn to before me this
22nd day of May, 2008

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20/0

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4752 (CLB)

JANE DOE (ANONYMOUS)

                          Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, and RICHARD LIGHT, individually

                          Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York  On 5/22/08 at 9:00 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: EDWARD LUCAS

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Mosollino, Badge 27, and that deponent knew the person so served to be Sergeant Mosollino and authorized to accept service.

On May 22, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the person served, or spoken to is as follows:
        Sex M              Age 35-50          Weight 200
        Color of Skin WH     Height 6'           Color of Hair Bald
        Other Features - glasses

_____
Robert Fouvy

Sworn to before me this
22nd day of May, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 08 Civ 4752 (CLB)

JANE DOE (ANONYMOUS)

                              Plaintiff,

v.

ANTHONY MARRACCINI, individually, EDWARD LUCAS, individually, and RICHARD LIGHT, individually

                              Defendants.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/22/08 at 9:00 a.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint, Judge's Rules and Electronic filing rules

Party Served: RICHARD LIGHT

At Location: 650 North Street, Harrison, New York

    By delivering to and leaving with Sergeant Mosollino, Badge 27, and that deponent knew the person so served to be Sergeant Mosollino and authorized to accept service.

On May 22, 2008, deponent completed service by depositing a copy of the summons, complaint, judge's rules and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the person served, or spoken to is as follows:
    Sex M                Age 35-50         Weight 200
    Color of Skin WH     Height 6'         Color of Hair Bald
    Other Features - glasses

                                                            _____
                                                            Robert Fouvy

Sworn to before me this
22nd day of May, 2008

_____
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10